UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:21-cv-09229-KPF |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| POWER OF PURE LLC, | |
| Defendant. | |

-----------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Yensy Contreras hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Power of Pure LLC

DATED: February 22, 2022            **MIZRAHI KROUB LLP**

                                                                              /s/ JARRETT S. CHARO
                                                                                JARRETT S. CHARO

JOSPEH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The Clerk of Court is directed to lift the stay in this case, terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:    February 22, 2022         SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE